IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.1:26-cv-00731 (PAB) (NRN)

GABRIEL ROMO and BERSAY GONZALEZ,

Plaintiffs,

vs.

FT COLLINS LODGINGS LLC d/b/a QUALITY INN
and BRUCE RAHMANI, individually,

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND/SUPPLEMENT THEIR OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFFS' COMPLAINT**

Plaintiffs Gabriel Romo ("Romo") and Bersay Gonzalez ("Gonzalez") (collectively "Plaintiffs"), by and through undersigned counsel, files this unopposed motion to amend/supplement their opposition to Defendants FT Collins Lodgings LLC d/b/a Quality Inn ("FCL"), and Bruce Rahmani ("Defendant Rahmani"), individually (collectively "Defendants") partial motion to dismiss. Defendants graciously consent.

The basis for this request is to correct citations and eliminate an incorrectly cited case in the opposition brief (dkt 22). A redlined and clean version of Plaintiffs' proposed amended opposition is annexed. I apologize for this error and I thank the Court for its patience.

I thank the Court for its consideration.

Dated: April 19, 2026
New York, New York

**THE LAW OFFICES OF JACOB ARONAUER**

By: *__/s/ Jacob Aronauer__*
Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
*Attorney for Plaintiffs*